IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROBERT HEATH, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 3:04-cv-100-F |
| ) | WO |
| DAN-RIC, INC., ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the Motion to Remand filed by the plaintiff on April 14, 2005 (Doc. # 15), the affidavits submitted as exhibits thereto,[1] and the parties' representations to the court in the pretrial hearing held on April 7, 2005,[2] it is hereby

ORDERED as follows:

1. The Motion to Remand is GRANTED.

2. This cause is hereby REMANDED to the Circuit Court of Chambers County, Alabama.

---

[1] The affidavits of the plaintiffs state that the "damages [they] are seeking are not in excess of $74,999.00." (Doc. # 15, Exs. A & B).

[2] In the hearing, the defendant's counsel consented to remand based upon the stipulations of plaintiffs' counsel clarifying the amount claimed. However, counsel for defendant requested that this court, in its order of remand, specifically order that should the plaintiffs disregard their stipulations and pursue or accept damages in excess of $75,000.00, excluding interest or costs, then sanctions will issue from this court. *See Brooks v. Pre-Paid Legal Services, Inc.*, 153 F. Supp. 2d 1299, 1300 (M.D. Ala. 2001). Based upon the plaintiffs' counsel difficulty in filing the appropriate motion to remand, (*see* Docs. # 12-15), the court finds that this request is not unreasonable and is warranted.

      3.  The Clerk of the Court is DIRECTED to take all steps necessary to effect this remand.

      4.  In accordance with the defendant's request stated at the pretrial hearing, should plaintiffs or their attorney disregard their sworn statements regarding the amount in controversy, and seek, pursue or accept damages in excess of the minimum federal jurisdictional amount, then upon motion by opposing counsel, sanctions will be considered, and if appropriate, "swift in coming and painful upon arrival." *Brooks*, 153 F. Supp. 2d at 1302.

      DONE this 19th day of April, 2005.

      /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE